# Sibbald's Estate.

[FEBRUARY 19, 1851.]

IN this case, the court ruled, that each party aggrieved by a decree of the court of common pleas, or orphans' court, must take a separate appeal to this court; and that upon every such appeal, the tax of three dollars and fifty cents, imposed by the act of the 6th April, 1830, is due to the commonwealth.